**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District
Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

November 27, 2017

By Ecf
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Faouzi Jaber
      13 Cr. 485 (CM)

Hon. Judge McMahon:

   With no objection from government, I write to seek an adjournment of Mr. Jaber's sentencing, currently scheduled for November 30, 2017 to February 1, 2018. An investigator retained by our office is trying to get certain documents from Prague and it is a cumbersome and lengthy process. We believe these documents to be relevant to sentencing.

   Thank you for considering this request.

                              Respectfully submitted,

                              /s/
                              Sabrina P. Shroff
                              Assistant Federal Defender

cc: George Turner
    Assistant United States Attorney

Mr. Faouzi Jaber