UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

UNITED STATES OF AMERICA

    -against-                             13 CR 485 (CM)

FAOUZI JABER,

          Defendant.

——————————————————————x

## ORDER SETTING DEADLINE FOR THE GOVERNMENT TO RESPOND TO DEFENDANT'S COMPASSIONATE RELEASE MOTION

McMahon, J.:

On October 5, 2021, the Court received a second motion by defendant asking the Court to

grant him compassionate release, pursuant to 18 USC 3582(c)(1)(A)(i).[1] The Government has 30

days from the date of this order to respond to defendant's latest motion.

Dated: October 6, 2021
      New York, NY

——————————————————————————————
                Colleen McMahon
                District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/6/21_

---

[1] Defendant's first motion for compassionate release was denied on August 25, 2020.