UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

        V.

FAOUZI JABER,

        Defendant.

------------------------------------------------------------x

S1 13 CR 485 (CM)

## DECISION AND ORDER DENYING DEFENDANT'S MOTIONS TO EXTEND HIS TIME TO APPEAL AND FOR THE COURT TO RECUSE ITSELF FROM THIS CASE

McMahon, J.:

Faouzi Jaber pleaded guilty to conspiring to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B, and was sentenced to 15 years' imprisonment. Jaber's projected release date is January 15, 2027.

On January 4, 2022 this Court denied Jaber's "renewed motion for compassionate release." *United States v. Jaber*, 13 CR 485 (CM), Document #80. By letter dated January 12, 2022 (entered on the court's docket on January 20, 2022), Jaber file notice of his intent to appeal. *Id.* at Document #82. Jaber's appeal from this Court's January 4 ruling is currently pending in the Court of Appeals. *See United States of America v. Jaber*, (2d Cir.), Index #22-149.

Inexplicably, on June 3, 2022, Jaber filed a motion in this court asking that his time to appeal the Court's June 4 decision be extended to June 1, 2022. *See* Docket #85. Jaber filed another motion on July 29, 2022, asking this Court to recuse itself. *See* Docket #86.

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/22

Since Jaber's appeal of this Court's January 4 ruling is currently pending in the Court of Appeals, these motions are improperly filed and are denied as moot. As for Jaber's recusal motion, even if Jaber had an active matter before this Court, and the motion was properly before this Court, his motion would be denied as it is completely without merit.

Accordingly, defendant's motions asking the Court to extend his time to appeal and for the Court to recuse itself are denied. The Clerk of the Court is directed to terminate the motions at #85 and #86 on the docket.

Dated: August 4, 2022

_____
Colleen McMahon
District Court Judge