UNITED STATES DISTRICT COURT
Southern District of New York

UNITED STATES OF AMERICA                                PLAINTIFF

-VS-                          NO. 13-CR-485

FAOUZI JABER                                            DEFENDANT

### MOTION FOR SENTENCE REDUCTION

Comes the Defendant - Faouzi Jaber, "pro se", and pursuant to recent amendments to the Sentencing Guidelines, moves the Court for an Order reducing his sentence in accordance with Amendment 821 thereof, made retroactive under Amendment 825, to all prisoners sentenced prior to the date of the Amendments. More particularly, Part B, of Amendment 821, pertains to "Zero-Point Offenders". There are a list of ten factors which govern its application to prisoners. It is the belief of this Movant that he qualifies for a sentence reduction under this provision since this is his first conviction for a felony, and has no prior imprisonment. Furthermore, inchoate offenses are not considered to be crimes of violence.

WHEREFORE, the Court is requested to enter an Order re-

ducing his sentence in accordance with Amendment 821, and to appoint counsel for him, especially since he is not familiar with the system of justice in the United States of America, nor familiar with the English language.

Respectfully submitted,

*[signature]*

FAOUZI JABER #75840-054
FCI - Gilmer
P O Box 6000
Glenville, WV   26351

