

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                           PLAINTIFF

-VS-                            NO.1:13-CR-185

FAOUZI ABDUL-MENHEM JABER                          DEFENDANT

RULE 41(g) MOTION FOR RETURN OF PROPERTY
AND OTHER ITEMS THAT WERE SEIZED

Comes the Defendant - Faouzi Abdul-Menhem Jaber, "pro se", and pursuant to Rule 41(g), of the Federal Rules of Criminal Procedure, moves the Court for an Order directing the Government to return, immediately, the property that was seized from him at the time of his arrest and incarceration in the above-style proceeding. Included were numerous items of jewelry, and his passport, to which the Government counsel agreed, as part of the parties Plea Agreement, to make an immediate return to this Movant, however, the jewelry, and passport have not been returned. Although the U.S.Attorney informed this Movant that the Government would return his jewelry, and other items seized

from him by virtue of his arrest on the matter herein, the jewelry and other items, including Movant's passport, have not been returned. Any representation made by counsel for the Government are false since defense counsel has given the Movant a letter stating that he has not received the jewelry, etc., from the Government (See attached exhibits).

WHEREFORE, the Court is requested to enter an Order directing the Government to make an immediate return of the subject jewelry, passport, and other items, to this Movant/Defendant; alternatively, an evidentiary hearing is requested on this matter.

Respectfully submitted,

FAOUZI JABER #75840-054
FCI - Gilmer
P O Box 6000
Glenville, WV  26351

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed to Hon. George D. Turner, Ass't U S Attorney, by hand-delivering the same to prison staff, 1st Class postage prepaid, this _15_ day of January, 2024

_____
MOVANT

# EXHIBIT A

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2022

**BY ECF AND EMAIL**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Faouzi Jaber*, **13 Cr. 485 (CM)**

Dear Judge McMahon:

The Government respectfully writes in response to the defendant's *pro se* motion seeking the release of personal property. (Dkt. 91). Specifically, the defendant seeks the release of (1) his passports and (2) all other personal property, including certain jewelry purportedly seized at the time of his arrest. (*Id.* at 1).

With respect to (1), the Government already released the defendant's passports to his former counsel in 2017. As reflected in the executed DEA return of property invoice attached as Exhibit A, the defendant's Lebanese and Cote d'Ivoire passports were returned to former counsel on July 28, 2017. The Government notes that it is providing a copy of this letter to Alexei Schacht, Esq. and Sabrina P. Shroff, Esq., who have represented the defendant at various points during this case, to the extent they are aware of the current location of the passports and able to facilitate making them available to the defendant and/or his current immigration attorney.

With respect to (2), the Government and the DEA are in the process of retrieving and reviewing the archived evidence for this case, and will promptly release any other personal property belonging to the defendant that is located during that review, including any jewelry. Consistent with the defendant's request in his motion, the Government will release the personal property to the defendant's current immigration counsel, to the extent he has obtained such counsel, or alternatively to his former counsel of record in this case, Mr. Schacht or Ms. Shroff.

Accordingly, the defendant's motion is appropriately resolved as moot: The Government has already released the defendant's passports, and will promptly release any other personal property of the defendant that is located in the case file.

The Government is mailing a copy of this letter to the defendant at the facility where he is currently housed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____ /s/ _____
George D. Turner
Assistant United States Attorney
(212) 637-2562

Cc (by ECF and email):
Alexei Schacht, Esq.
Sabrina P. Shroff, Esq.

Cc (by mail):
Faouzi Jaber
BOP Register No. 75840-054
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

TRULINCS 75840054 - JABER, FAOUZI - Unit: GIL-B-A



----------------------------------------------------------------------------------

FROM: Cabrera, Yanira
TO: 75840054
SUBJECT: RE: informations
DATE: 02/14/2023 02:26:45 PM

I don't have a gold pen. I have your suitcase that's filled with a bunch of stuff. Please have someone get it all from me

FAOUZI JABER on 2/14/2023 6:04:19 AM wrote
hello alexei , i just received today copies of all documents you have received somme of my property the prosecutor george turner have give you was signed by uou on november/11/ 22
pleas ei have aske you more times to send me by email or mail all aproprty sabrina have give  she have told DEA  have give here , and between this items (WAS ONE GOLD PEN CARTIER ) you have told me  (yes thier is gold pen cartier) please what you have morr of my property she have give you , send me the details,
2- you confirme the gold pen still with you ? please answer me , beacause this pen was with others gold jawelery ,and documents
thank you

TRULINCS 75840054 - JABER, FAOUZI - Unit: HAF-L-D
---

FROM: Cabrera, Yanira
TO: 75840054
SUBJECT: RE: PLEASE FOR SABRINA
DATE: 11/25/2022 07:08:28 AM

No it seems like a digital watch

FAOUZI JABER on 11/23/2022 6:51:50 AM wrote
hello alexei ,i have ask you the watch who was in my property the prosecutor give you, is the rolex?
thank you to answer me
-----Cabrera, Yanira on 11/18/2022 6:51 AM wrote:

&gt;

I collected the final personal property which is a watch and a lot of your personal papers and credit cards mainly. I will add it to your other stuff I am holding.

FAOUZI JABER on 11/17/2022 6:19:30 AM wrote
AELEXEI, please transfert this messahe to sabrina .or give me her email please
SABRINA: the prosecutor george turner send me lettre he said he give you my 3 passeports from july /17/2017.please send to my familly . , this is 2 differents adrese
1- MY BROTHER ADRESS: you can send them by DHL or POST OFFICE AND SEND ME THE TRAKING NUMBER
NAME:JABER WALID
STREET: SANGRE CHU
P O BOX .16 BP 1279 ABIDJAN 16
CITY ABIDJAN
COUNTRY IVORY COAST
OR MY DAUGTHER, in lebanon ,but in lebanon no post office you can only send by DHL ADRES:
NAME: JABER NARIMAN
STREET: CHARHABIL
BULDING : MAJZOUB
CITY SAIDA
PHONE : 81 47 21 67
LEBANON ,
THUS THE ADRESS BY DHL ONLY
AND SEND ME THE TRAKING NUMBER PLEASE
JABER
THANK YOU

Faouzi Jaber #75840-054
FCI - GIlmer
P O Box 6000
Glenville, WV 26351

LEGAL MAIL

USPS SDNY

CHARLESTON WV
16 JAN 2024 PM

Clerk - U.S. District Court
500 Pearl Street
New York, NY 10007

criminal clerkship

RECEIVED
JAN 22 2024
CLERK'S OFFICE
S.D.N.Y.

