1/29/24

The Gov't. is to once again ensure that it has returned all of Defendant's personal property that is properly returnable in this closed case. The Court will take no further action in this regard, and will not accept future filings by defendant concerning his property.

[signature]

RECEIVED
JAN 23 2024
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    PLAINTIFF

-VS-                      NO. 1:13-CR-485

FAOUZI ABDUL-MENHEM JABER                   DEFENDANT

RULE 41(g) MOTION FOR RETURN OF PROPERTY
AND OTHER ITEMS THAT WERE SEIZED

Comes the Defendant - Faouzi Abdul-Menhem Jaber, "pro se", and pursuant to Rule 41(g), of the Federal Rules of Criminal Procedure, moves the Court for an Order directing the Government to return, immediately, the property that was seized from him at the time of his arrest and incarceration in the above-style proceeding. Included were numerous items of jewelry, and his passport, to which the Government counsel agreed, as part of the parties Plea Agreement, to make an immediate return to this Movant, however, the jewelry, and passport have not been returned. Although the U.S. Attorney informed this Movant that the Government would return his jewelry, and other items seized

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/24

from him by virtue of his arrest on the matter herein, the jewelry and other items, including Movant's passport, have not been returned. Any representation made by counsel for the Government are false since defense counsel has given the Movant a letter stating that he has not received the jewelry, etc., from the Government (See attached exhibits).

WHEREFORE, the Court is requested to enter an Order directing the Government to make an immediate return of the subject jewelry, passport, and other items, to this Movant/Defendant; alternatively, an evidentiary hearing is requested on this matter.

Respectfully submitted,

FAOUZI JABER #75840-054
FCI - Gilmer
P O Box 6000
Glenville, WV  26351

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed to Hon. George D. Turner, Ass't U S Attorney, by hand-delivering the same to prison staff, 1st Class postage prepaid, this _15_ day of January, 2024

_____
MOVANT