

RECEIVED FEB 21, 2024 S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

24cv932 (UA)

UNITED STATES OF AMERICA                                  PLAINTIFF

-VS-                           NO. 1:13-CR-485

FAOUZI ABDUL-MENHEM JABER                                 DEFENDANT

<u>MOTION TO COMPEL</u>

    Comes the Defendant - Faouzi Jaber, "pro se", and moves the Court for an Order directing the Government to make an immediate return to the defendant, or his designated representative or nominee, the items of jewelry, legal documents, passports, watches, and other articles seized from his person by agents of the United States Department of Justice, Drug Enforcement Agency, at the time and place of his arrest in Prague, Czech Republic, on the offenses herein charged. The Government has filed no response to the defendant's motion of January 15, 2024, and, therefore, is not contesting these allegations.

    WHEREFORE, the Court is requested to enter an Order directing the Government to make an immediate return to the Defendant of the items, articles, passports, jewelry,

watches, and etc., seized from his person by Agent Christina Hanley, when arrested.

Respectfully submitted,

FAOUZI ABDUL-MENHEM JABER
Reg.No.. 75840-054
FCI - Gilmer
P O Box 6000
Glenville, WV   26351


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed to the Office of the U.S.Attorney by hand-delivering the same to prison staff, 1st Class postage prepaid, this 12th day of February, 2024

*JABER FAOUZI*

---
DEFENDANT

Faouzi Jaber #75840-054
FCI - Gilmer
P O Box 6000
Glenville, WV 26351

LEGAL MAIL

RECEIVED
FEB 21 2024
CLERK'S OFFICE
S.D.N.Y.

Clerk - U.S. District Court
U.S. Courthouse
500 Pearl Street
New York, NY 10007

