UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/15/24__
```

————————————————————x

UNITED STATES OF AMERICA

     -against-                                        13 CR 485 (CM)

FAOUZI JABER,

     Defendant.

————————————————————x

**ORDER SETTING DEADLINE FOR THE GOVERNMENT TO RESPOND TO
DEFENDANT'S (1) COMPASSIONATE RELEASE MOTION AND (2) MOTION FOR A
SENTENCE REDUCTION PURSUANT TO AMENDMENT 821 TO
THE UNITED STATES SENTENCING GUIDELINES MANUAL**

McMahon, J.:

The Court has received a third motion by defendant asking the Court to grant him compassionate release, pursuant to 18 USC 3582(c)(1)(A)(i).[1] (*See United States v. Faouzi Jaber, 13* CR 485 (CM), Docket Entry 114 & 115.

The Court has also received a motion from defendant asking the court to reduce his sentence, pursuant to Amendment 821 to the United States Sentencing Guidelines Manual. (*See United States v. Faouzi Jaber, 13* CR 485 (CM), Docket Entry 108.

The Government has 30 days from the date of this order to respond to defendant's latest motions.

Dated: April 15, 2024
     New York, NY

                                 Colleen McMahon
                                 District Court Judge

---

[1] Defendant's first motion for compassionate release was denied on August 25, 2020; his second compassionate release motion was denied on January 4, 2022.