IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                CR# 13CR485

FAOUZI JABER

MOTION TO WITHDRAW 821 MOTION

I'm respectfully requesting to withdraw my pending 821 motion.

APRIL/20/2024

Sincerely,
JABER FAOUZI
#75840-054
FCI GILMER
P.O. Box 6000
Glenville, WV 26351

CC.
PROSECUTOR
GEORGE TURNER

MEMO ENDORSED
4/9/24

Motion is deemed withdrawn.

[signature]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/24

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.                                    CR# 13CR485

FAOUZI JABER

MOTION TO WITHDRAW 821 MOTION

I'm respectfully requesting to withdraw my pending 821 motion.

APRIL/20/2024

Sincerely,
JABER FAOUZI
#75840-054
FCI GILMER
P.O. Box 6000
Glenville, WV. 26351

CC.
PROSECUTOR
GEORGE TURNER

MEMO ENDORSED
5/9/24

Motion is deemed withdrawn.

[signature]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/24