UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                                            13 CR 485 (CM)

FAOUZI JABER,

            Defendant.
----------------------------------------------------------------x

### DECISION AND ORDER ON DEFENDANT'S MOTION TO UNSEAL CERTAIN DOCKET ENTRIES

McMahon, J.:

    Defendant Faouzi Jaber filed a motion to unseal certain sealed filings in this case; specifically, Docket Entries 1 through 6. (Docket Entry 137).

    At the Court's request, the Government has responded to Jaber's motion. (Docket Entry 138). Regarding Docket Entries 1 (the original indictment) and 2 (the S1 superseding indictment), the Government correctly points out that both have already been unsealed, and are now Docket Entries 7 and 12, respectively. Accordingly, defendant's motion is moot as to Docket Entries 1 and 2.

    As for Docket Entry 3 (a letter from the Government dated March 26, 2024, requesting a limited unsealing of the S1 Indictment), and Docket Entry 6 (a letter from the Government dated February 8, 2016, also requesting a limited unsealing of the S1 Indictment), the Government states that it has no objection to the unsealing of either letter.

    Regarding Docket Entries 4 and 5, the Government says that it did not file either of those documents and therefore, takes no position with respect to those documents. Docket Entry 4 consists of notices of appearances filed by attorneys for Ali Fayad (one of Jaber's at-large co-

defendants), and Docket Entry 5 is an order issued by U.S. District Judge P. Kevin Castel, sitting in Part I, denying a motion by Mr. Fayad to take a deposition, pursuant to Rule 15 of the Federal Rules of Criminal Procedure. In the absence of any objection from the Government, the Court finds no compelling reason to continue to maintain these documents under seal.

**Accordingly, the Clerk of Court is directed to unseal Docket Entries 3, 4, 5 and 6, in case 13 CR 485 (CM).**

The Clerk is further directed to terminate the motion at Docket Entry 137.

This constitutes the decision and order of the court.

September 29, 2025

United States District Court

By ECF & First Class Mail To:
Faouzi Jaber, Reg No.: 75840-054
FCI Gilmer
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
GLENVILLE, WV  26351