UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Faouzi Jaber,

Defendant.

13-CR-485-01 (CM)

### ORDER REGARDING DEFENDANT'S PENDING COMPASSIONATE RELEASE AND 60(b) MOTIONS

McMahon, J.:

Faouzi Jaber has two pending motions on the Court's docket: a motion for compassionate release (ECF #139, supplemented at ECF# 148), and a motion filed pursuant to Fed.R..Crim.P. 60(b), asking the Court to vacate his conviction.

The Government is to respond to the motions within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: November 6, 2025
New York, New York

_____
COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-25