UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

UNITED STATES OF AMERICA

      v.                                    S1 13 CR 485 (CM)

FAOUZI JABER,

          Defendant.

———————————————————————————x

**DECISION AND ORDER ADDRESSING DEFENDANT'S POST DECISION FILING**

McMahon, J.:

On February 4, 2026, the Court denied Jaber's latest motion for compassionate release—his fourth such motion. (Dkt. 157). The Court determined that Jaber had once again failed to demonstrate an extraordinary and compelling reason warranting his release, and that the Section 3553(a) sentencing factors continue to weigh heavily against granting his release.

On February 19, 2026, the Court received a document from defendant titled "Petitioner's Response to Government's Letter." (Dkt. 158). The Court accepts Jaber's filing as his reply to the Government's Opposition papers, which were filed at Dkt.155. To the extent Jaber's post-decision reply papers constitute a motion for reconsideration, that motion is denied. Nothing in defendant's reply papers causes the Court to alter its decision. The Court's decision at docket entry 157 denying Jaber's compassionate release motion, found at dockets 139 and 148, stands.

Dated: February 24, 2026

                                  _____
                                    Colleen McMahon, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-26