IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

FAOUZI, JABER,

Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-26

S:1 13 CR 485 (cm)

2-27-26
Denied. (See
docket Entry #160.)

MOTION FOR RECONSIDERATION DUE
TO THE UNTIMELINESS OF RECEIVING
GOVERNMENT RESPONSE WITH INOPPORTUNITY
TO RESPOND

Comes now, the defendant FAOUZI JABER (JABER) proceeding pro se with this Motion For Reconsideration. According to the postmark on the Government's response the UNITED STATES POSTAL SERVICE received said documents on 01/23/2026. Jaber did not receive the documents until 02/02/2026. Yet, with no time to draft a sufficient response to the Government's documents the Court ruled against Jaber's Compassionate Release, on 02/04/2026. The ruling was postmarked 02/06/2026 yet it was not received by Jaber until 02/12/2026 after he had already sent off his response. (See ATTACHMENTS: "Institutional Staff Stamp of Receipt" and "Postmark of Government's Response"

Due to these factors mentioned above Jaber request humbly that this Honorable Court to rescind the denial of Jaber's Compassionate Release,

and take into consideration his response to the Government's documents.

If this Honorable in all it's mercy wishes not to consider Jaber's response or wishes not to grant Jaber the Compassionate Release in which he seeks, Jaber has include a "Notice of Appeal" to be filed by the Clerk of Court.

## CONCLUSION

Jaber comes before this Honorable Court in a prayer of mercy and forgiveness and request that his Compassionate Release be Granted.

Additionally: Their are inmates that have been quarantine with COVID but majority of the population with syptoms refuse to get checked because they do not want to get lockdown, making this place a hotbed for the spread of virus and dangerous for one with my illnesses and age.

Dated: February 12, 2026

FAOUZI JABER
75840-054
FCI LORETTO
P.O. BOX 1000
Cresson, PA 16630